# EXHIBIT 1

# Northwestern Polytechnic University

ON THE RECOMMENDATION OF THE FACULTY OF THE

## School of Engineering

AND UNDER THE AUTHORITY OF THE BOARD OF DIRECTORS
NORTHWESTERN POLYTECHNIC UNIVERSITY HAS CONFERRED THE DEGREE OF

## Master of Science in Computer Science

UPON

## Prem Kumar Rampeesa

WHO HAS HONORABLY FULFILLED ALL THE REQUIREMENTS PRESCRIBED
BY THE UNIVERSITY FOR THIS DEGREE
AWARDED AT NORTHWESTERN POLYTECHNIC UNIVERSITY AT FREMONT
IN THE STATE OF CALIFORNIA, AUGUST 23, 2016.

Jerome Thompson
CHAIR, BOARD OF DIRECTORS

Peter Hsieh
PRESIDENT OF THE UNIVERSITY

DEAN OF THE SCHOOL



Scanned with CamScanner

# EXHIBIT 2

Permanent Record

# NORTHWESTERN POLYTECHNIC UNIVERSITY
Office of the Registrar, 47671 Westinghouse Drive, Fremont, California 94539   Tel: (510) 360-0288

www.npu.edu

| Name: | Mr. RAMPEESA, PREM KUMAR | NPU ID#: | 15653 | DOB: | 03/16/1992 | Page 1/1 |

**Institutions attended:**
Jawaharlal Nehru Technological University (IN) – B. Tech, 6/2014

**Transfer credit:** N/A

**Programs Enrolled:**
2015 Summer: Master of Science in Computer Science

**Degree granted by NPU:**
Master of Science in Computer Science AWARDED, 8/21/2016

| Course# | Course Title | UA | UC | GR | Pts |
|---|---|---|---|---|---|
| **2015 Summer** | | | | | |
| CS457(G) | Data Modeling and Implementation Techniques | 3.0 | 3.0 | A | 12.0 |
| | Instructor: Jen | | | | |
| CS457L(G) | Database Technologies Lab | 1.0 | 1.0 | A | 4.0 |
| CS480(G) | Java and Internet Applications | 3.0 | 3.0 | B+ | 9.9 |
| | Instructor: Lam | | | | |
| CS480L(G) | Java Programming Lab | 1.0 | 1.0 | B+ | 3.3 |
| P450(G) | Career Development | 1.0 | 1.0 | B | 3.0 |
| | Instructor: Fichera | | | | |
| | Semester Total: | 9.0 | 9.0 | | 32.2 |
| | Semester GPA: 3.58 | | | | |
| **2015 Fall** | | | | | |
| CS501 | Advanced Structured Programming and Algorithms | 3.0 | 3.0 | B+ | 9.9 |
| | Instructor: Vasudevamurthy | | | | |
| CS522 | Software Quality Assurance and Test Automation | 3.0 | 3.0 | A- | 11.1 |
| | Instructor: Mori | | | | |
| CS565 | Advanced Network Management | 3.0 | 3.0 | B | 9.0 |
| | Instructor: Zhang | | | | |
| | Semester Total: | 9.0 | 9.0 | | 30.0 |
| | Semester GPA: 3.33 | | | | |

| Course# | Course Title | UA | UC | GR | Pts |
|---|---|---|---|---|---|
| CS521 | Software Project Management | 3.0 | 3.0 | B | 9.0 |
| | Instructor: Connor | | | | |
| CS547 | Advanced Database Design and Analysis | 3.0 | 3.0 | B | 9.0 |
| | Instructor: Jen | | | | |
| CS550 | Data Mining and Business Intelligence | 3.0 | 3.0 | B | 9.0 |
| | Instructor: Ghofraniha | | | | |
| | Semester Total: | 9.0 | 9.0 | | 27.0 |
| | Semester GPA: 3.00 | | | | |
| **2016 Summer** | | | | | |
| CS515 | UNIX/Linux Network Programming | 3.0 | 3.0 | B+ | 9.9 |
| | Instructor: Mittal | | | | |
| CS535 | Network Security Fundamentals | 3.0 | 3.0 | B | 9.0 |
| | Instructor: He | | | | |
| CS595 | Computer Science Capstone Course | 3.0 | 3.0 | A | 12.0 |
| | Instructor: Shi | | | | |
| | Semester Total: | 9.0 | 9.0 | | 30.9 |
| | Semester GPA: 3.43 | | | | |
| | Cumulative Total: | 36.0 | 36.0 | | 120.1 |
| | Cumulative GPA: 3.34 | | | | |

-------End of Program: MSCS-------
-------End of Transcript-------

Accredited by the Accrediting Council for Independent Colleges and Schools.

REGISTRAR   DATE   9/29/2016
Not official unless signed, dated and sealed.

A BLACK AND WHITE TRANSCRIPT IS NOT OFFICIAL.   TRANSCRIPT KEY IS PRINTED ON REVERSE SIDE

Scanned with CamScanner